IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Randy Ashley, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 5:14-cv-1870-RBH |
| ) | |
| Carolyn W. Colvin, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Defendant's Motion for Entry of Judgment with Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), with consent of the parties and good cause appearing therefore, the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), [1] and REMANDS the cause to the Commissioner for further administrative proceedings.

Upon remand, the agency's Appeals Council will remand the case to an Administrative Law Judge ("ALJ"). On remand, the ALJ will give the Plaintiff an opportunity for a new hearing, take any steps necessary to complete the administrative record, and issue a new decision. Specifically, the ALJ will give further consideration to Plaintiff's September 3, 2010, application for SSI benefits.

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

IT IS SO ORDERED.

                                                                    s/R. Bryan Harwell
                                                                    R. Bryan Harwell
                                                                    United States District Judge

December 19, 2014